————o————

SMITH RAMBO, Plaintiff in Error, *vs.* N. B. CLIFFORD, Defendant in Error.

1. Writ dismissed.

*Error to Livingston Common Pleas.*

*Dent,* for Plaintiff in Error.

*D. McGuire,* for Defendant in Error.

WAGNER, Judge, delivered the opinion of the court.

The plaintiff in error in this case has filed no assignment of errors, nor statement, nor brief, as the statute directs. The writ will therefore be dismissed.

The other judges concur.

————o————

THE FEBRUARY TERM AT ST. JOSEPH IS CONTINUED IN VOL. 52.